1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY GARZA, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALAMO INTERMEDIATE II HOLDINGS, LLC,<br><br>Defendant. | Case No.  4:23-cv-05849-VC<br><br>The Honorable Vince Chabria<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: February 22, 2024<br>Time: 10:00 a.m.<br>Courtroom 4 |

The Court has considered Defendants' Motion to Dismiss the Complaint, reviewed all materials in support of and in opposition to the Motion, and has heard oral argument presented by counsel. After careful consideration, the Court concludes that the claims raised in Plaintiff's Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that Plaintiff's allegations fail to state any valid claim for relief.

Accordingly, Defendants' Motion to Dismiss the Complaint is GRANTED in its entirety and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

Dated: _____

By: _____
HON. VINCE CHABRIA
United States District Judge