**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        sbogdanovich@bursor.com

*Attorneys for Plaintiff Daisy Garza*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY GARZA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALAMO INTERMEDIATE II HOLDINGS, LLC <br><br> Defendant. | Case No. 3:23-cv-05849-VC <br><br> **DECLARATION OF STEFAN BOGDANOVICH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Stefan Bogdanovich, declare as follows:

1.     I am an attorney licensed to practice in the State of California and before this Court. I am an associate with Bursor & Fisher, P.A., counsel of record for Plaintiff Daisy Garza. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.     In investigating this action, I personally visited the drafthouse.com website on multiple occasions and purchased tickets to movie showings at theaters branded "Alamo Drafthouse." Attached as Exhibit A is a true and accurate PDF print out of the drafthouse.com "About" page which I took on January 17, 2024. I also physically visited Alamo Drafthouse theaters on multiple occasions in a personal capacity, and I viewed movies there.

3.     In investigating this action, I also personally visited the ondemand.drafthouse.com website, which was a video streaming service the drafthouse.com website offered that allowed people to buy or rent specific movie titles to stream on their web browsers. *See* Compl., ¶ 71. In preparing Plaintiff's Motion for Summary Judgment, I returned to this website and discovered that this service was removed. I visited the Internet Archive's wayback machine to determine roughly when this change had occurred and to collect a screenshot of how the ondemand.drafthouse.com appeared prior to this change. The change appeared to occur at some point between December 3, 2023 and January 4, 2024, based on screenshots I viewed on the Internet Archive's website. Attached as Exhibit B is a true and accurate PDF print out of the Internet Archive's screenshot of the ondemand.drafthouse.com website as it appeared on April 5, 2023, prior to the change. I can confirm based on my personal knowledge investigating the website prior to filing this action that the webpage depicted in Exhibit B appears to be substantially the same as the website I personally viewed when I investigated the ondemand.drafthouse.com website. In particular, when I

investigated the ondemand.drafthouse.com website, I also saw that the site gave web visitors the option to buy or rent specific movies to watch on their web browsers.

        4.        Counsel for Defendant, David J. Marmins, confirmed to me verbally and in writing via email that Defendant is the real-party-in-interest in this action and the current owner of the drafthouse.com and ondemand.drafthouse.com websites.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 18, 2024 in Walnut Creek, California

                                                     */s/Stefan Bogdanovich*
                                                    Stefan Bogdanovich