**EXHIBIT A**

More (https://drafthouse.com/s/more/markets)

## About

The best film, food and drink all in one seat.



Alamo Drafthouse Cinema Sizzle Reel 2022

*"The Alamo Drafthouse Theater is good food, good beer and good film, all at the same place!"*

That's how we described ourselves in 1997, and that mission hasn't changed and will never, ever change. For over two decades we've worked to make the Alamo Drafthouse experience the best cinematic experience in the world. Here's how.

**The greatest films ever made**

We don't just want to be another multiplex. Everyone who works at Alamo Drafthouse, from the managers to the servers to the kitchen staff, is passionate about film.

To us, an obscure foreign language drama can be just as worthy of attention and fanfare as the latest entry in the Marvel Cinematic Universe. Through our Drafthouse Recommends program we've committed ourselves to helping innovative and challenging films like GET OUT, THE FLORIDA PROJECT, THE HANDMAIDEN, and EVERYTHING EVERYWHERE ALL AT ONCE find an audience.

Celebrating classic cinema is also something we take seriously, while making sure we have a little fun along the way. Whether it's an interactive Movie Party presentation of a timeless classic, a chef-inspired feast with a menu paired to a film, or a re-evaluation of a lost gem, we love sharing the movies we love with Alamo Drafthouse audiences of all ages.



**Paired with great food and drink**

When you see a movie at Alamo Drafthouse, you get cold drinks, delicious meals, tasty local beers, and signature cocktails brought to your seat by a server. Need a free refill on your popcorn or soda? Raise an order card and we'll get it taken care of quickly.

Each Alamo Drafthouse location's menu features burgers, pizzas, salads, snacks and desserts prepared fresh from locally sourced ingredients. Plus, our chefs regularly create special menus inspired by classic cinema and big upcoming blockbusters, like an all-Pakistani menu curated by Kumail Nanjiani for THE BIG SICK or a burger shop takeover for THE BOB'S BURGERS MOVIE.

Beer is our middle name at Alamo Drafthouse, so we make certain that every Alamo Drafthouse location highlights and promotes the best local craft breweries. Our bar staff also loves to innovate, and are constantly mixing up new cocktail creations that'll elevate the cinematic experience.



**And a commitment to exceptional picture and sound**

Presentation standards are one of the most important and yet most frequently overlooked aspect of the theatergoing experience. At Alamo Drafthouse we're obsessed with making sure that each film looks and sounds the best it possibly can, and that means investing in new technology, constant maintenance to make sure our equipment meets our standards, and developing and training the next generation of projectionists.

Our projection teams are vital to the company. Because many classic films are only available on celluloid, the only way they can be seen is on film. That's why most Alamo Drafthouse locations are fitted with at least one 35mm projector, and several even have widescreen 70mm equipment, the preferred format for visionary filmmakers like Christopher Nolan and Paul Thomas Anderson.

**Respect. Find out what it means to us.**

At Alamo Drafthouse we respect our guests, our employees, and the work of the filmmakers that unspools on screen. That's why…

- We have a **Code of Conduct (https://drafthouse.com/austin/code-of-conduct)** that strictly prohibits harassment of any type by anyone at our theater.
- We have zero-tolerance for talking or using a cell phone of any kind during films. We'll kick you out, promise. We've got backup.
- We don't allow anyone under the age of 18 to see a film unless accompanied by a parent or guardian to preserve the experience for all guests.
- To minimize distractions, we generally don't admit infants and small children. We do, however, offer Kid Friendly screenings with relaxed talking rules to accommodate families with younger movie fans. We also offer Sensory Friendly screenings open to all ages with raised lights, lower sound, and our most relaxed talking policy.
- We don't show paid advertisements on our screens. Instead, if you arrive early you'll see a custom preshow our video squad has filled with content we think you'll love.

**A family affair**

Through a bit of luck and a lot of hard work by thousands of people, we've gotten the opportunity to do some amazing things over the years. Along the way, Alamo Drafthouse has created or been a part of some brands that we're really proud of.

Fantastic Fest (https://fantasticfest.com/)

Held every September in Austin, TX, Fantastic Fest is the largest genre film festival in the U.S. specializing in horror, fantasy, sci-fi, action and just plain fantastic movies from all around the world. The festival is dedicated to championing challenging and thought-provoking cinema, celebrating new voices and new stories from around the world and supporting new filmmakers.

AGFA (https://www.americangenrefilm.com/)

Formed in 2009, the American Genre Film Archive (AGFA) is a 501(c)(3) non-profit that exists to preserve the legacy of genre movies through collection, conservation, and distribution. Housing over four thousand film prints, a 4K film scanner, theatrical and home video distribution arms, and a projection training program, AGFA is committed to preserving and sharing the magnificence of film.

# Core Values



**Do the Right Thing**

We strive to be a force for good in our company, in our industry and in the world. We stand up for our beliefs even when it is hard. We start from a place of kindness.

**Foster Community**

We value what is unique about each other and celebrate our differences. We treat each other with respect, support each other's passions, and help each other grow. We welcome healthy debate but don't tolerate intolerance. We take this commitment outside our four walls, creating neighborhood theaters that are deeply tied to the local community.

**Boldly Go**

Like the crew of the Starship Enterprise™, we seek out new experiences and pursue innovation in all of our work. We take risks and chart new territory. We learn from our mistakes and continuously improve.

**Give a Sh!t**

We are passionate about creating awesome experiences. We obsess over every detail and take pride in our work because we know it makes all the difference to our guests and our teammates. Our pursuit of excellence drives us to do our best.

About (https://drafthouse.com/about)

History (https://drafthouse.com/about/history)

How Things Work (https://drafthouse.com/about/how-things-work)

From the Founder (https://drafthouse.com/about/from-the-founder)

Code of Conduct (https://drafthouse.com/code-of-conduct)

COVID-19 Response (https://drafthouse.com//covid-safety)

SAN FRANCISCO NEWS



**Exclusive MEAN GIRLS Merch For The Cool Mom In All Of Us**

Get your limited edition apparel while you can in theater or online from the Alamo Gift Shop.

(https://drafthouse.com/news/exclusive-mean-girls-merch)



**Get A Free Bowl Of Popcorn On National Popcorn Day**

Stop by your local Alamo Drafthouse on 1/19 for a FREE bowl of popcorn made fresh with real clarified butter.

(https://drafthouse.com/news/national-popcorn-day)



### We Asked, You Answered: The 2023 Audience Poll Results

Let's settle the BARBENHEIMER debate once and for all.

(https://drafthouse.com/news/2023-audience-poll)

More News (https://drafthouse.com/news)

SAN FRANCISCO

About (https://drafthouse.com/about)

Food & Drink (https://drafthouse.com/food-and-drink)

News (https://drafthouse.com/news)

Join Our Team (https://drafthouse.com/careers)

Victory Rewards Program (https://drafthouse.com/victory)

Private Events (https://drafthouse.com/venue-rental)

Franchise Opportunities (https://franchise.drafthouse.com)

Calendar (https://drafthouse.com/?showCalendar=true#now-playing)

Coming Soon (https://drafthouse.com/coming-soon)

Contact Us (https://drafthouse.com/theaters)

Gift Cards (https://drafthouse.com/gift-cards)

Refund Policy (https://drafthouse.com/policies/refund)

Only at the Alamo (https://drafthouse.com/series)

Privacy Policy (https://drafthouse.com/privacy-policy)

SAN FRANCISCO THEATERS

**New Mission (https://drafthouse.com/theater/new-mission)**

2550 Mission Street
San Francisco, CA 94110
(http://maps.google.com/maps?q=2550+Mission+Street%2C+San+Francisco%2C+CA%2C+94110%2C+US) 415-549-5959 (tel:415-549-5959)

SOCIAL

(https://www.facebook.com/AlamoSanFrancisco) (https://twitter.com/DraftHouseSF) (https://instagram.com/alamosf) (https://www.youtube.com/user/AlamoDrafthouse)

THE ALAMO FAMILY

(https://www.americangenrefilm.com/)

(http://fantasticfest.com)