**EXHIBIT B**



## Piggy

**NR**   1h 30m • Drama • 2022

2022 Fantastic Fest's "Best Horror Feature" Award winner.

Buy $16.99    Rent $7.99

## Fantastic Fest 365



**Piggy**
1h 30m • Drama, Horror • 2022



**Squeal**
1h 40m • Comedy, Horror • 2021



**The Black Phone**
1h 42m • Drama, Horror • 2022



**The Long Walk**
1h 56m • Drama, Thriller • 2022



**The House of the D**
1h 35m • Horror • 200

# New Releases

**I Love My Dad**
1h 36m • Comedy • 2022

**Piggy**
1h 30m • Drama, Horror • 2022

**Vengeance**
1h 47m • Comedy, Mystery • 2022

**Squeal**
1h 40m • Comedy, Horror • 2021

**Jurassic World: Do...**
2h 27m • Action, Adve... • 2022

# Curated Series

**The Films of Radu Jude**

**GroundUP Music Silent Classics Six-Pack**
6 items

**XOXO, Alamo**

# 'TIS THE SEASON

**Home for the Holidays**
1h 58m • Comedy, Drama • 1995

**Knives Out**
2h 11m • Mystery, Comedy • 2019

**That Time of Year**
1h 40m • Comedy • 2018

**Planes, Trains and Automobiles**
1h 33m • Comedy • 1987

**Tangerine**
1h 28m • Comedy, Dr... • 2015

# Recently Added

**Psycho Goreman**
1h 35m • Science Fiction, Action • 2021

**Shaolin Soccer**
1h 27m • Action, Comedy • 2001

**Scott Pilgrim vs. the World**
1h 52m • Action, Comedy • 2010

**The Heroic Trio**
1h 28m • Adventure, Action • 1993

**The Addams Family: More Mamushka!**
1h 41m • Comedy, Horror

# Weird Wednesday

**Bird With the Crystal Plumage**
1h 38m • Giallo, Horror • 1970

**1990: The Bronx Warriors**
1h 32m • Action, Science Fiction • 1982

**Death Laid an Egg**
1h 30m • Giallo, Horror • 1968

**The Sword and the Claw**
1h 49m • Action, Adventure • 1975

**They Call Me Bruce**
1h 27m • Comedy, Kung Fu • 1982

# Terror Tuesday

The Crow
1h 42m • Action, Crime • 1994

The Host
2h 0m • Action, Drama • 2007

Black Christmas
1h 38m • Horror • 1974

Season of the Witch
2h 10m • Horror, Cult • 1972

Re-Animator
1h 44m • Horror, Com 1985

# Alamo X Criterion

Babette's Feast
1h 43m • Drama • 1987

Black Orpheus
1h 47m • Drama, Fantasy • 1959

Blood Simple
1h 35m • Noir, Thriller • 1984

Breaking the Waves
2h 39m • Drama • 1996

The Celebration
1h 46m • Dark Comed

# Family Films

Batman
2h 6m • Action, Adventure • 1989

Shazam!
2h 12m • Action • 2018

Elf
1h 36m • Family, Comedy • 2003

Ghostbusters (1984)
1h 55m • Action, Comedy • 1984

A Christmas Story
1h 34m • Comedy, Fa 1983

# Horror

| You Won't Be Alone | You Are Not My Mother | Coming Home in the Dark | Candyman | The Midnight Swim |
| 1h 48m • Drama, Horror • 2022 | 1h 33m • Drama, Horror • 2022 | 1h 33m • Thriller, Horror • 2021 | 1h 31m • Drama, Horror • 2021 | 1h 24m • Mystery, Hor... |

# Featured Comedies

| Clueless | Popstar: Never Stop Never Stopping | Clue | MacGruber | Master Pancake: S... |
| 1h 37m • Comedy • 1995 | 1h 27m • Comedy, Musical • 2016 | 1h 37m • Comedy • 1985 | 1h 35m • Action, Comedy • 2010 | 1h 32m • live Event • 1... |

# Documentaries

| Dawn Raid | The Wolfpack | The Truffle Hunters | Roadrunner: A Film About Anthony Bourdain | My Darling Vivian |
|  | 1h 30m • Documentary • 2015 |  |  | 1h 30m • Documenta... |

Case 3:23-cv-05849-VC    Document 18-3    Filed 01/18/24    Page 7 of 7

1h 38m • Biography, Musical •            1h 24m • Documentary, Award      1h 58m • Documentary • 2021
2021                                     Winning • 2021

## Closed Caption Films

Not Yet Available

**The Addams Family With**            **The Sparks Brothers**         **A Quiet Place Part II**       **How It Ends**                 **Funny Girl**
**More Mamushka!**                    2h 15m • Documentary,           1h 37m • Drama, Horror • 2021   1h 22m • Comedy • 2021          2h 31m • Biography,
1h 41m • Comedy, Horror • 1991        Musical • 2021                                                                                  1968

Download the app to view your purchased content!

[Fantastic Fest 2022 logo]

[Help](#)

[Terms & Conditions](#)

[Privacy Policy](#)

© Fantastic Fest @Home. All rights reserved. No part of this site may be reproduced without our written permission.

Powered by **Shift72**