UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY GARZA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALAMO INTERMEDIATE II HOLDINGS, LLC,<br><br>        Defendant. | 23-cv-05849-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
VINCE CHHABRIA
United States District Judge