# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **3:23-cv-05849**

Date case was first filed in U.S. District Court: **11/13/2023**

Date of judgment or order you are appealing: **03/19/2024**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Daisy Garza

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Bursor & Fisher, P.A., 1990 N. California Blvd., Suite 940

City: Walnut Creek   State: CA   Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Stefan Bogdanovich   **Date** Apr 5, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Plaintiff Daisy Garza

Name(s) of counsel (if any):

> L. Timothy Fisher
> Stefan Bogdanovich

Address: 1990 N. California Blvd., Suite 940, Walnut Creek CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com, sbogdanovich@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Defendant Alamo Intermediate II Holdings, LLC

Name(s) of counsel (if any):

> Vassi Illadis

Address: 1999 Avenue of the Stars, Suite 1400, Los Angeles CA 90067

Telephone number(s): (310) 785-4600

Email(s): vassi.iladis@hoganlovells.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        1                                  Rev. 12/01/2018